UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

PEACEFUL MANAGEMENT CORP.,            Chapter 11 Case
                                                                 No. 06-10621 (SMB)
               Debtor.
---------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Upon consideration of the notice of motion, dated April 13, 2006, together with the supporting documents filed by Dominion Financial Corp., requesting entry of an Order dismissing this chapter 11 case (the "Motion"), and it appearing that the Motion was served upon the United States Trustee and all scheduled creditors of the above-captioned debtor (the "Debtor"), and no person or party appearing in opposition to the Motion at the adjourned hearing held before this Court on May 22, 2006, and it further appearing to the Court that the Debtor corporation is not represented by counsel with respect to this chapter 11 case, it is hereby

ORDERED that this chapter 11 case be, and hereby is, dismissed.

Dated: New York, New York
         May 23, 2006

                                                   **/s/ STUART M. BERNSTEIN**
                                                        United States Bankruptcy Judge